Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Cameron Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW,<br><br>              Plaintiff,<br><br>     vs.<br><br>THE GREAT PLATE, INC. dba CHRIS CLUB, et al.,<br><br>              Defendants. | No. 2:19-cv-02584-TLN-CKD<br><br>**STIPULATION TO SET ASIDE DEFAULT; ORDER** |

It is hereby stipulated by and between Plaintiff, Cameron Shaw ("Plaintiff"), and Defendants, The Great Plate, Inc. dba Chris Club and BBS Adventures, LLC (collectively "Defendants," and together with Plaintiff, "the Parties"), by and through their attorneys, that the Clerk's Default entered against Defendants on March 18, 2020 (Dkt. 7) be and is hereby set aside so that the matter may proceed on its merits, and that an answer on behalf of Defendants shall be filed within 30 days of the entry of the order setting aside the default.

//

//

//

//

Good cause exists because the Parties desire for the case to be heard on its merits.

**IT IS SO STIPULATED.**

Dated: April 29, 2020                                   MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Cameron Shaw

Dated: April 29, 2020                                   REEP & MITCHELL, LLP

*/s/ Mark L. Mitchell*
Mark L. Mitchell
Attorney for Defendants,
The Great Plate, Inc. dba Chris Club
and BBS Adventures, LLC

## **ORDER**

The Parties having so stipulated and good cause appearing, it is ordered as follows:

1. The default entered against Defendants, The Great Plate, Inc. dba Chris Club and BBS Adventures, LLC (collectively "Defendants") on March 18, 2020 (Dkt. 7), is hereby set aside.

2. Defendants must file a responsive pleading within 30 days of the date of this Order or their default may again be requested again by Plaintiff.

**IT IS SO ORDERED**.

Dated:  May 1, 2020

Troy L. Nunley
United States District Judge