Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Cameron Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE GREAT PLATE, INC. dba CHRIS CLUB; BBS ADVENTURES, LLC,<br><br>        Defendants. | No.  2:19-cv-02584-TLN-CKD<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

Notice is hereby given that Plaintiff Cameron Shaw ("Plaintiff") has settled the above-captioned matter with all Defendants. Plaintiff requests that he be given to and including October 9, 2020 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: September 8, 2020                             MOORE LAW FIRM, P.C.

                                                                            */s/ Tanya E. Moore*
                                                                            Tanya E. Moore
                                                                            Attorney for Plaintiff,
                                                                            Cameron Shaw