Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Cameron Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE GREAT PLATE, INC. dba CHRIS CLUB; BBS ADVENTURES, LLC,<br><br>　　　　Defendants. | Case No. 2:19-cv-02584-TLN-CKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

　　　WHEREAS, Defendants have not filed an answer or motion for summary judgment;

　　　WHEREAS, Plaintiff and Defendants have settled the matter;

　　　WHEREAS, no counterclaim has been filed;

　　　Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 6, 2020　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　Cameron Shaw